UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronnie J. Jackson, III,                                      Civ. No. 17-3767 (JRT/BRT)

             Plaintiffs,

v.                                                           REPORT AND RECOMMENDATION

Sharlene Mike-Lopez; Diane Medchill;
Kathy Ried; Bruce Rieser; David Rieshus;
and Michelle Smith,

             Defendants.

      Plaintiff Ronnie J. Jackson, III did not pay the required filing fee for this case, but instead filed an application seeking leave to proceed *in forma pauperis* ("IFP"). *See* Doc. No. 2. In an order dated November 3, 2017, this Court required Jackson, a prisoner, to pay an initial partial filing fee of $1.45 before proceeding IFP. *See* Doc. No. 11 (citing 28 U.S.C. § 1915(b)). Jackson was given 20 days to pay the initial partial filing fee, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

      That deadline has now passed, and Jackson has not paid the required filing fee. In fact, Jackson has not communicated with the Court about this case at all since this Court's November 3 order. Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under

1

Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY RECOMMENDED that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: December 6, 2017               *s/ Becky R. Thorson*
                                      BECKY R. THORSON
                                      United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in LR 72.2(c).