## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RONNIE J. JACKSON, III,

        Plaintiff,

v.

SHARLENE MIKE-LOPEZ; DIANE MEDCHILL; KATHY RIED; BRUCE RIESER; DAVID RIESHUS; and MICHELLE SMITH,

        Defendants.

Civil No. 17-3767 (JRT/BRT)

**ORDER ON REPORT AND RECOMMENDATION**

Ronnie J. Jackson, III, #239471, MCF - Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082, *pro se* plaintiff.

Magistrate Judge Becky R. Thorson filed a Report and Recommendation on December 6, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 27, 2017        s/John R. Tunheim

2

at Minneapolis, Minnesota                     JOHN R. TUNHEIM
                                          Chief Judge
                                          United States District Court